## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **BEHZAD RAJABI,** | |
| **Plaintiff,** | **CASE NO.** 3:11-cv-00271-WHR |
| **v.** | |
| **PSA AIRLINES, INC.,** | Judge Walter H. Rice |
| **Defendant.** | |

### ORDER

Defendant PSA AIRLINES, INC.'S Unopposed Motion to Stay Pretrial Report and Pretrial Motion Deadlines is granted. The pretrial deadlines contained in Docket No. 31 are hereby stayed. In the event any claims remain following a ruling on the Motion for Summary Judgment, the remaining deadlines will be reset and the case will be set for a Final Pretrial Conference and for Trial.

IT IS SO ORDERED.

_____
Judge, United States District Court

DC:109325.1